IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR299 |
| vs. | ORDER |
| TRENTON D. WASHINGTON, | |
| Defendant. | |

This matter is before the court on the motion of CJA Attorney Julie A. Frank to withdraw as counsel for the defendant, Trenton D. Washington. (Filing No. 21). Julie A. Frank represents that there has been a breakdown of the attorney-client relationship to the extent that Julie A. Frank is unable to effectively represent the defendant. Julie A. Frank's motion to withdraw (Filing No. 21) is granted.

Donald L. Schense, 1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Trenton D. Washington for the balance of these proceedings pursuant to the Criminal Justice Act. Julie A. Frank shall forthwith provide Donald L. Schense with the discovery materials provided to the defendant by the government and such other materials obtained by Julie A. Frank which are material to Trenton D. Washington's defense. Donald L. Schense has 14 days from the date of this order to file any pretrial motions.

The trial in this matter is cancelled and will be re-set following the expiration of the pretrial motion deadline.

The clerk shall provide a copy of this order to Donald L. Schense and the defendant.

Dated this 3rd day of January, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge