IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRENTON D. WASHINGTON<br><br>　　　　　　　Defendant. | **8:19CR299**<br><br>**ORDER** |

　　　This matter is before the Court on the Government's Motion for Dismissal pursuant to Rule 48(a) (Filing No. 62). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

　　　IT IS ORDERED that the Government's Motion for Dismissal pursuant to Rule 48(a), (Filing No. 62) is granted.

　　　Dated this 2nd day of July 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Senior United States District Judge