IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TRENTON D. WASHINGTON<br><br>                Defendant. | **8:19CR299**<br><br>**ORDER** |

This matter is before the Court on the Defendant's Motion for Immediate Release [64].

IT IS ORDERED that:

1. The Defendant's Motion for Immediate Release [64] is granted.

2. The U.S. Marshal is directed to release the defendant from custody.

Dated this 6th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge